**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60208-EA**

**Benito Hernandez Rochas,**

       Petitioner,

v.

**Kristi Noem,**
**Et al.,**

       Respondents.

_____/

**ORDER CLOSING CASE**

This cause comes before the Court on the respondents' notice of the petitioner's release from custody [ECF No. 8]. Thus, this case is now moot. Therefore, it is **ORDERED AND ADJUDGED**:

1. The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 15th day of June 2026.

_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Mayron Diaz Gallardo**
Gallardo Law Firm
8492 SW 8th St
Miami, FL 33144

2

3057535262
Email: mayron.diaz@gallardolawyers.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Brittany B. Brock**
US Attorney's Office
Email: brittany.brock@usdoj.gov